**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| GLEN SANDUSKY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 18-386 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | Magistrate Judge Lisa Pupo Lenihan |
| THE HDH GROUP, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## <u>MEMORANDUM ORDER</u>

This case has been referred to United States Magistrate Judge Lisa Pupo Lenihan for

pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B),

and Local Rule of Civil Procedure 72.

On October 8, 2019, the Magistrate Judge issued a Report (Doc. 61) recommending that

Defendant's Motion for Summary Judgment (Doc. 36) be granted.  Service of the Report and

Recommendation ("R&R") was made on the parties, Plaintiff has filed Objections and Defendant

has filed a Response to Plaintiff's Objections.  *See* Docs. 62 and 63.

After a *de novo* review of the pleadings and documents in the case, together with the

Report and Recommendation and the Objections and Response thereto, the following Order is

entered:

Defendant's Motion for Summary Judgment (**Doc. 36**) is **GRANTED**; Plaintiff's claims

are **DISMISSED WITH PREJUDICE**; and the R&R is adopted as the Opinion of the District

Court.

IT IS SO ORDERED.


_____, 2019                          s\Cathy Bissoon_____
                                          Cathy Bissoon
                                          United States District Judge


cc (via ECF email notification):

All Counsel of Record